UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

LEWIS A. SAVOY, et al.,

                Defendants.

**ORDER**

19-CV-11853 (PMH)

PHILIP M. HALPERN, United States District Judge:

The telephonic conference presently scheduled for October 16, 2020 at 2:30 p.m. is rescheduled to November 16, 2020 at 10:00 a.m. At the time of the scheduled conference, parties shall call: (888) 398-2342; access code 3456831.

On or before November 6, 2020, the parties shall file a joint letter, no longer than three pages, advising as to the current status of mediation.

Plaintiff is directed to deliver a copy of this Order to Defendants.


Dated:   New York, New York
          October 7, 2020

                                        PHILIP M. HALPERN
                                        United States District Judge