UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,                          **ORDER**

          -against-                                     19-CV-11853 (PMH)

LEWIS A. SAVOY, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

          The Court held a telephonic status conference on November 16, 2020. Counsel for Plaintiff

and Defendant Savoy, proceeding *pro se*, appeared. As discussed on the record:

          1.      Plaintiff shall submit a Proposed Civil Case Management Plan and Discovery Order

for the Court's approval by 5:00 p.m. on November 18, 2020;

          2.      Plaintiff shall file a letter advising the Court as to the outcome of mediation one

week after the final mediation conference; and

          3.      Defendant Savoy is encouraged to retain counsel.

          Plaintiff is directed to serve a copy of this Order on Mr. Savoy and file proof of service.


                              **SO ORDERED:**

Dated:   New York, New York
         November 16, 2020

                              _____
                              PHILIP M. HALPERN
                              United States District Judge