UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

LEWIS A. SAVOY, et al.,

                Defendants.

**ORDER**

19-CV-11853 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Notice of Consent to Magistrate Judge (Doc. 51) must be sent by e-mail to the Orders and Judgments Clerk at orders_and_judgments@nysd.uscourts.gov with handwritten signatures for all parties, and not filed on the ECF docket.

    Plaintiff is directed to serve a copy of this Order on Defendant Savoy and file proof of service on the docket.

                                                 **SO ORDERED:**

Dated:  New York, New York
           November 23, 2020

                                          PHILIP M. HALPERN
                                          United States District Judge