UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

LEWIS A. SAVOY, et al.,

                Defendants.

**ORDER**

19-CV-11853 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A Case Management Conference was scheduled to be held by telephone today, April 12, 2021, at 11:00 a.m. Counsel for Plaintiff appeared; Defendant Savoy, proceeding *pro se*, did not appear. The Case Management Conference is adjourned to July 20, 2021 at 09:30 a.m. At the time of the scheduled conference all parties shall call: (888) 398-2342; access code: 3456831.

    Counsel for Plaintiff is instructed to serve a copy of this Order on Defendant Savoy and file proof of service on the docket by 5:00 p.m. on April 14, 2021.

                                          **SO ORDERED:**

Dated:  White Plains, New York
           April 12, 2021

                                        PHILIP M. HALPERN
                                        United States District Judge