UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

-against-

LEWIS A. SAVOY, et al.,

      Defendants.

**ORDER**

19-CV-11853 (PMH)

PHILIP M. HALPERN, United States District Judge:

   A Case Management Conference was held by telephone today, July 20, 2021. Counsel for Plaintiff and Defendant Savoy, proceeding *pro se*, appeared. As stated on the record, discovery in this matter closed on March 12, 2021. Accordingly, the Court directed the following:

   1. Plaintiff shall file and serve a letter, no more than three double-spaced pages, on or before July 23, 2021, explaining why: (1) Plaintiff failed to seek leave to move for summary judgment within the time permitted by the Federal Rule of Civil Procedure; (2) a motion for summary judgment would be more efficient than a non-jury trial (including whether any issues of fact exist); and (3) the time for Plaintiff to move for summary judgment should be extended *nunc pro tunc* from April 12, 2021; and

   2. Plaintiff and Defendant shall meet and confer over the next two weeks to explore settlement. Thereafter, on August 3, 2021, Plaintiff shall file a letter: (1) providing the Court with the date, time, and duration of each meet and confer; (2) advising as to the outcome of those discussions; and (3) informing the Court as to whether the moratorium has been extended.

Plaintiff is instructed to serve a copy of this Order on Defendant Savoy and file proof of service by 5:00 p.m. on July 21, 2021. Plaintiff is encouraged to retain counsel.

**SO ORDERED:**

Dated: White Plains, New York
        July 20, 2021

_____
PHILIP M. HALPERN
United States District Judge