UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

LEWIS A. SAVOY, et al.,

                Defendants.

**ORDER**

19-CV-11853 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants are directed to serve and file responses to Plaintiff's motion to amend the caption by 5:00 p.m. on April 8, 2022. Plaintiff is directed to mail a copy of this Order to Defendants and file proof of service on the docket by 5:00 p.m. on April 1, 2022.

    The Clerk of the Court is respectfully directed to add Defendant Lewis A. Savoy's service address to the docket in this action (142 Cooperstown Road, Dover Plains, New York 12522).

                                                      **SO ORDERED:**

Dated:   White Plains, New York
            March 31, 2022

                                                   PHILIP M. HALPERN
                                                   United States District Judge