UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>LEWIS A. SAVOY, et al.,<br><br>                    Defendants. | **ORDER**<br><br>19-CV-11853 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The parties are directed to file a joint letter providing the Court with an update as to the current status of this matter by 5:00 p.m. on May 13, 2022.

Plaintiff is directed to mail a copy of this Order on Defendants and file proof of service on the docket by 5:00 p.m. on May 3, 2022.

                                                              **SO ORDERED:**

Dated:   White Plains, New York
             May 2, 2022

                                                              _____
                                                              PHILIP M. HALPERN
                                                              United States District Judge