UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,                          **ORDER**

          -against-                                     19-CV-11853 (PMH)

LEWIS A. SAVOY, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

   Plaintiff's Attorney Affirmation in Support of Order of Dismissal Pursuant to FRCP 41(a)(2) ("Affirmation") references "Exhibit A," but no attachment is annexed thereto. (*See* Doc. 100). Plaintiff is directed to file forthwith: (1) Exhibit A; and (2) a letter confirming that the copy of the Affirmation served on all parties included a copy of Exhibit A.

   Plaintiff is directed to mail a copy of this Order on Defendants and file proof of service on the docket by 5:00 p.m. on June 23, 2022.

                                          **SO ORDERED:**

Dated:   White Plains, New York
         June 22, 2022
                                          _____
                                          PHILIP M. HALPERN
                                          United States District Judge