IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,   Civil No.: 19-cv-11853

                Plaintiff,

-v-

Lewis A. Savoy
142 Cooperstown Road
Dover Plains, NY 12522

Midland Funding LLC DBA in New York as Midland
Funding of Delaware LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

The People of the State of New York
c/o Dutchess County District Attorney's Office
236 Main Street
Poughkeepsie, NY 12601

Commissioner of Taxation and Finance
W A Harriman Campus
Albany, NY 12227

Ryan Savoy
142 Cooperstown Road
Dover Plains, NY 12522

                Defendants.

---

## ~~(PROPOSED)~~ ORDER DISMISSING ACTION AND CANCELLING NOTICE OF PENDENCY

On the original Summons and Complaint and Notice of Pendency of this action, all filed in the office of the Clerk of this Court, and upon due proof of service upon the Defendant in this action, and upon the Affirmation of Barry M. Weiss dated May 10, 2022, by all of which it appears

to the satisfaction of this Court that the Plaintiff is in all respects entitled to an order dismissing this action without prejudice ~~summary judgment~~ pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**NOW** upon the motion of the Plaintiff United States of America, it is

**ORDERED**, that this action is dismissed without prejudice or further costs as to either party or against the other; and it is further

**ORDERED**, that acceleration of the loan is hereby revoked; and it is further

**ORDERED**, that the notice of pendency of action filed hereon on with the United States District Court for the Southern District of New York on January 7, 2020 and with the Dutchess County Clerk on January 9, 2020 and indexed against Parcel ID/Tax Account # 6961-00-628558 is canceled of record, and the Clerk of the United States District Court for the Southern District of New York and the Dutchess County Clerk are hereby directed to mark the records accordingly.

IT IS SO ORDERED

DATED: **June 24, 2022**
       **White Plains, New York**

_____
**Hon. Philip M. Halpern**
UNITED STATES DISTRICT COURT

**\*\*\* The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 99. \*\*\***